UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VULCAN CAPITAL CORPORATION, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO. 3:14-CV-3283-B |
| MILLER ENERGY RESOURCES, INC. and PLAINSCAPITAL BANK, | | |
| Defendants. | | |

# FINAL JUDGMENT

This Judgment is entered pursuant to the Court's Order dated May 14, 2015 (doc. 85), which dismissed Plaintiff's case without prejudice.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff take nothing by his suit against the Defendant and that this suit be, and is hereby, **DISMISSED**.

SO ORDERED

SIGNED: May 14, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE